UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-01212-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>THIRTY DAY DEADLINE<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE A 37-PAGE COMPLAINT<br><br>ECF No. 2<br><br>ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTION<br><br>ECF No. 6<br><br>ORDER THAT THE CLERK'S OFFICE SEND A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AT CALIFORNIA STATE PRISON, CORCORAN |

Plaintiff Allen Hammler is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On September 20, 2019, the court ordered that plaintiff pay the filing fee within 45 days. ECF No. 4. Plaintiff has not done so. The court therefore orders plaintiff to show cause within thirty days why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff has also filed two miscellaneous motions. First, plaintiff moves the court for

1

permission to file a 37-page complaint.  ECF No. 2.  The court is in receipt of plaintiff's 37-page complaint, *see* ECF No. 1, and will consider it if plaintiff's case is not dismissed.  The motion is therefore granted.  Second, plaintiff moves the court for an order stopping certain unnamed prison employees from impeding his ability to prosecute this case.  ECF No. 6.  This court has no jurisdiction over individuals who are not parties to this case.  The motion is therefore denied.  The court will, however, attempt to enlist the voluntary assistance of the litigation coordinator at plaintiff's institution.  The clerk's office is therefore ordered to send a copy of this order to the litigation coordination at California State Prison, Corcoran, who may be able to assist plaintiff with the initial steps of this case.

IT IS SO ORDERED.

Dated:    January 30, 2020                         /s/ Jeremy Peterson
                                                            UNITED STATES MAGISTRATE JUDGE

No. 205.