UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | 1:19-cv-01212-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 9.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　　Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 10, 2020, the Magistrate Judge entered findings and recommendations, recommending that this case be dismissed because of Plaintiff's failure to prosecute, pay the filing fee, and comply with court orders.  (ECF No. 9.)  Plaintiff has not filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

//

//

//

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered by the Magistrate Judge on March 10, 2020, are ADOPTED IN FULL;
2. This case is dismissed without prejudice; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   June 26, 2020

SENIOR  DISTRICT  JUDGE